UNITED STATES DISTRICT COURT
FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS     :     MDL 875
        LIABILITY LITIGATION     :
        ALL ACTIONS     :
        (See attached schedule for case list)     :

## TRANSFER ORDER NO. 678

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL-875 cases from the District Court for the Western District of North Carolina, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

BY THE COURT

s/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**

Date: 3-5-10

| DATE | PA E.D. # (10-) | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 3/5/2010 | 61356 | 01-00152 | Grooms, James Paul | NORTH CAROLINA WESTERN - 1 |
| 3/5/2010 | 61357 | 03-00012 | Reece, Jack J. and Mary K. | NORTH CAROLINA WESTERN - 1 |
| 3/5/2010 | 61358 | 03-00013 | Morrow, Clyde E., Jr. and Joyce F. | NORTH CAROLINA WESTERN - 1 |
| 3/5/2010 | 61359 | 03-00014 | Watts, Richard M., Sr. and Mildred H. | NORTH CAROLINA WESTERN - 1 |
| 3/5/2010 | 61360 | 90-00110 | Huffsteter, Thomas | NORTH CAROLINA WESTERN - 1 |
| 3/5/2010 | 61361 | 05-00096 | Short, Worth | NORTH CAROLINA WESTERN - 1 |